UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| VISTEON CORPORATION and | ) | |
| VISTEON SYSTEMS, LLC, | ) | |
|     Plaintiffs, | ) | |
| | ) | 1:11-cv-0200-RYL-TAB |
|   vs. | ) | |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY OF PITTSBURGH, PA | ) | |
| UNITED STATES FIDELITY & | ) | |
| GUARANTY COMPANY and | | |
| LOUIS HEEB | | |
|     Defendants. | | |

## ADOPTION OF REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation.  Parties were afforded

due opportunity pursuant to statute and the rules of this Court to file objections.  The Court,

having considered the Magistrate Judge's Report and any objections, approves and adopts the

Magistrate Judge's Report and Recommendation.  Accordingly, Plaintiffs' motion for remand,

attorney's fees, and costs [Docket No. 15] is denied, and National Union's motion to realign

Heeb as a plaintiff [Docket No. 20] is granted.

Dated: 12/05/2011

RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to:

Dean R. Brackenridge
FROST BROWN TODD LLC
dbrackenridge@fbtlaw.com

Nicholas D. Butovich
LITCHFIELD CAVO LLP
butovich@litchfieldcavo.com

Carrie Gibson Doehrmann
FROST BROWN TODD LLC
cdoehrmann@fbtlaw.com

Allison Wells Gritton
SPALDING & HILMES, PC
awgritton@spaldinglaw.net

Timothy F. Jacobs
CLAUSEN MILLER, PC
tjacobs@clausen.com

George M. Plews
PLEWS SHADLEY RACHER & BRAUN
gplews@psrb.com

Peter M. Racher
PLEWS SHADLEY RACHER & BRAUN
pracher@psrb.com

Karen B. Scheidler
PLEWS SHADLEY RACHER & BRAUN
kscheidler@psrb.com

Mark W. Zimmerman
CLAUSEN MILLER PC
mzimmerman@clausen.com